SYNDICATE LAND AND DEVELOPMENT CORPORATION and Others, Appellants, v. MOVING PICTURE MACHINE OPERATORS' UNION LOCAL No. 306 OF THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs

and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.